## CHAMPION v. STATE.

### No. 26775.

Court of Criminal Appeals of Texas.

Jan. 20, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

Appellant entered a plea of guilty to the unlawful possession of wine for the purpose of sale in a dry area, and his punishment was assessed at a fine of $100.

The record is before us without a statement of facts or bills of exceptions. All matters of procedure appear regular.

The judgment of the trial court is affirmed.